IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ARMANDO IBARRA,<br><br>              Defendant. | **4:22CR3004**<br><br>**ORDER** |

Defendant will be serving a state sentence until May 8, 2022. The defendant wishes to continue the progression and trial of this case until he enters federal custody so he can have better access to his lawyer. The government does not oppose this request. Accordingly,

IT IS ORDERED:

1) A trial date will not be set at this time. Instead, a telephonic status conference will be held before the undersigned magistrate judge at 2:00 p.m. on May 17, 2022 to discuss case progression and a potential trial setting. All participants shall use the conferencing information provided by the court to participate in the call

2) On or before March 4, 2022, counsel shall confer and accomplish discovery in accordance with NECrimR 16.1 and Fed.R.Crim.P. 16. The United States Attorney shall disclose discovery as it becomes available and <u>Brady v. Maryland</u> (and its progeny) material as soon as practicable.

3) In the interests of justice, the additional time arising as a result of the granting Defendant's motion, the time between February 14, 2022 and May 17, 2022, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7). Failing to timely object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

February 18, 2022.

                                                        BY THE COURT:
                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge