IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ARMANDO IBARRA,<br><br>　　　　　　　Defendant. | 4:22CR3004<br><br>**ORDER** |

On February 10, 2022, Defendant invoked his rights under the anti-shuttling provisions of the Interstate Agreement on Detainers Act. (Filing No. 18). That invocation was withdrawn verbally and in writing on March 9, 2022. (Filing No. 22).

Accordingly,

IT IS ORDERED:

1) The Defendant's motion, (Filing No. 22), is granted.

2) Filing No. 18 is deemed withdrawn.

3) Defendant has knowingly and voluntarily waived his rights under the anti-shuttling provisions of the Interstate Agreement on Detainers Act.

4) The clerk shall provide a copy of this order to the Marshall.

Dated this 10th day of March, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge